IN THE CIRCUIT COURT OF THE 9TH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

PAULINE ELLIOTT,

    Plaintiff,

vs.

MAGIC BURGERS, LLC, a foreign limited liability company d/b/a BURGER KING,

    Defendant.

_____/

Case No: 2020-CA-006873-O

## AMENDED COMPLAINT

Plaintiff, PAULINE ELLIOTT, sues Defendant, MAGIC BURGERS, LLC, a foreign limited liability company d/b/a BURGER KING (hereinafter "BURGER KING"), and states the following:

1. This is a cause of action for damages in excess of $30,000.00.

2. All conditions precedent to filing this action have been complied with, expired, and/or waived.

3. The incident described herein occurred in Orange County, Florida.

4. On or about August 2, 2018, Plaintiff, PAULINE ELLIOTT, was an invitee lawfully on the premises of a Burger King restaurant, located at 12491 S Apopka Vineland Rd, Orlando, Orange County, Florida.

5. At that time and place, Plaintiff, PAULINE ELLIOTT, was injured when she tripped and fell over an uneven/un-level pavement on the pedestrian walkway of the Drive-Thru.

**EXHIBIT "B"**

Case 6:20-cv-01542-CEM-LRH   Document 1-2   Filed 08/25/20   Page 2 of 3 PageID 13

PAULINE ELLIOTT VS. B/K 535, LLC AND MAGIC BURGERS, LLC D/B/A BURGER KING
CASE NO.: 2020-CA-006873-O
AMENDED COMPLAINT
PAGE 2 OF 3

6. At all times material hereto, Defendant, BURGER KING, was in possession of the subject premises and operated the Burger King restaurant on the subject premises.

7. Defendant, BURGER KING, had a duty to maintain the premises in a reasonably safe condition, correct any dangerous condition of which it either knew or should have known by the use of reasonable care, and to warn of any dangerous conditions concerning which it had, or should have had, knowledge greater than that of its invitees. Defendant breached all of these duties.

8. Specifically, Defendant, BURGER KING, negligently:
   a) Failed to inspect, maintain, or repair the walkways;
   b) Failed to inspect, maintain, or repair the pavement on the premises;
   c) Allowed the pavement to become uneven/un-level, creating a trip hazard and dangerous condition;
   d) Failed to repair the uneven/un-level pavement;
   e) Allowed the pavement to remain uneven/un-level for an unreasonable length of time;
   f) Failed to maintain the walkways in a safe condition;
   g) Failed to adequately inspect the premises;
   h) Created a trip hazard and dangerous condition on the premises;
   i) Allowed an unsafe condition to exist on the premises;
   j) Failed to exercise due care to maintain the premises in a safe condition; and
   k) Failed to warn the Plaintiff and similarly situated individuals of the dangerous condition.

9. Defendant, BURGER KING, knew or, in the exercise of ordinary care, should have known the premises were not in a reasonably safe condition.

10. Defendant, BURGER KING, had actual or constructive notice of the dangerous condition.

11. As the direct and proximate result of the negligence of Defendant, BURGER KING, Plaintiff, PAULINE ELLIOTT, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, PAULINE ELLIOTT, demands judgment for damages against Defendant, BURGER KING.

Plaintiff demands trial by jury on all issues so triable.

Respectfully, submitted this **27TH** day of July, 2020.

By: s/ Jason Dollard
**JASON DOLLARD, ESQUIRE**
Attorney Email: JDollard@schwedlawfirm.com
**Eservice Email: eservice@schwedlawfirm.com**
Bar Number: 649821
Attorneys for Plaintiff, PAULINE ELLIOTT
Schwed, Adams & McGinley, P.A.
7111 Fairway Drive, Suite 105
Palm Beach Gardens, Florida 33418
Telephone: (561) 694-6079
Facsimile: (561) 694-6089